1 | ROBERT W. FREEMAN
Nevada Bar No. 3062
2 | Robert.Freeman@lewisbrisbois.com
JENNIFER A. TAYLOR
3 | Nevada Bar No. 6141
Jennifer.A.Taylor@lewisbrisbois.com
4 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
5 | Las Vegas, Nevada 89118
Tel. 702.893.3383
6 | Fax 702.893.3789
*Attorneys for Defendant State Farm Mutual*
7 | *Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, SOUTHERN DIVISION**

\*\*\*

| MARILYNN BIANCHI-ROSSI, | CASE NO.: 2:23-cv-00155-GMN-EJY |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY dba STATE FARM; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

141148489.1

IT IS HEREBY STIPULATED and AGREED between Plaintiff Marilyn Bianchi-Rossi ("Plaintiff"), by and through her counsel of record, Remmel Law Firm, and Defendant State Farm Mutual Automobile Insurance Company ("Defendant"), by and through its counsel of record, Lewis Brisbois Bisgaard & Smith, LLP, that all of Plaintiff's claims and causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 21st day of June, 2024.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Jennifer A. Taylor*
ROBERT W. FREEMAN
Nevada Bar No. 3062
JENNIFER A. TAYLOR
Nevada Bar No. 6141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

DATED this 21st day of June, 2024.

REMMEL LAW FIRM.

*/s/ Jonathan T. Remmel*
JONATHAN T. REMMEL
Nevada Bar No. 8627
804 South Jones Blvd.
Las Vegas, Nevada 89107
*Attorney for Plaintiff Marilynn Bianchi-Rossi*

## ORDER

**IT IS SO ORDERED: The Clerk of Court is kindly instructed to close the case.**

Dated this __24th__ day of ____June____, 2024.

_____
**UNITED STATES DISTRICT COURT JUDGE**

141148489.1

2